UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. ODELL,<br>Plaintiff,<br>v.<br>IDALBERTO ZALDIVAR-GALVES,<br>Defendant. | No. 1:26-cv-01914-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br>Doc. 14 |

Michael H. Odell asserts in his first amended complaint ("FAC") that defendants Licensed Vocational Nurse ("LVN") Bolivar and LVN Tamale were deliberately indifferent to his serious medical needs over a 10-day period while he was housed at the California Substance Abuse Treatment Facility.[1] *See* Doc. 10. Odell seeks to hold defendants Bolivar and Tamale liable pursuant to 42 U.S.C. § 1983. *Id.* The magistrate judge screened the first amended complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim for relief. Doc. 11. The magistrate judge granted Odell leave to file a second amended complaint within 30 days and warned him that failure to comply with the court's order would result in a recommendation for dismissal with prejudice. *Id.* Odell failed to file a second amended complaint.

[1] Plaintiff named Idalberto Zalvidar-Galves as a defendant in his initial complaint, but the FAC appears to assert claims only against defendants Bolivar and Tamale.

On August 26, 2026, the magistrate judge issued findings and recommendations that incorporated the findings of the screening order and recommended dismissal for failure to state a claim. Doc. 14. The magistrate judge also found Odell failed to prosecute the action and failed to comply with the court's order, and the magistrate judge recommended terminating sanctions. *Id.* at 8-9. The court served the findings and recommendations on Odell with notice that any objections were to be filed within 14 days. Doc. 14 at 9. Following an extension of time, Odell filed objections on September 21, 2026. Doc. 17.

In accordance with 28 U.S.C. § 636(b)(1), this court reviewed this matter de novo. Having carefully reviewed the matter, including Odell's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis. Odell asserts two main objections. First, he challenges the magistrate judge's finding that he failed to state a cognizable claim against Bolivar and Tamale for deliberate indifference to a serious medical need. Doc. 17 at 5. But the magistrate judge correctly found that the complaint does not allege specific conduct by a defendant that would support such a claim. And in his objections, Odell does not identify any such additional facts that he could plead in a further amended complaint. *See* Doc. 17. Second, Odell challenges the assignment of the magistrate judge to this action. Doc. 17 at 3, 10. This objection is likewise without merit. Nor does Odell address his failure to file a second amended complaint pursuant to the magistrate judge's prior order.

Accordingly, the Court ORDERS:

1. The findings and recommendations issued on August 26, 2026 (Doc. 14) are ADOPTED in full.
2. This action is DISMISSED with prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE